IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PROMEGA CORPORATION,

    Plaintiff,

    v.

APPLIED BIOSYSTEMS LLC, LIFE
TECHNOLGOIES CORPORATION and
CALIFORNIA INSTITUTE OF TECHNOLOGY,

    Defendants.

ORDER

12-cv-49

---

Pursuant to stipulation of the parties at a status conference with Judge Posner on March 22, 2013, this case is TRANSFERRED to the United States District Court for the Northern District of Illinois.

Entered this 22nd day of March, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge