# DESIGNATION OF CIRCUIT JUDGE
## FOR SERVICE IN A DISTRICT COURT WITHIN HIS CIRCUIT

I do hereby designate and assign the Honorable Richard A. Posner as a district judge for the United States District Court for the Northern District of Illinois in the matter of *Promega Corporation v. Applied Biosystems, LLC, et al.*, which was transferred from the United States District Court for the Western District of Wisconsin, Case No. 3:12-cv-00049-rap.

Chief Judge Frank H. Easterbrook
United States Court of Appeals
Seventh Circuit

Dated: March 26, 2013